IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Aida Shyef Al-Kadi, | Case No. 16-cv-2642 (JRT/TNL) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF ODEH MUHAWESH** |
| Ramsey County et al., | |
| Defendants. | |

Plaintiff Aida Shyef Al-Kadi respectfully moves the Court for an order excluding the expert opinions and testimony of Odeh Muhawesh, pursuant to Federal Rules of Evidence 403, 702, 703, and 704, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 590-02 (1993).

This motion is based upon the memorandum of law and accompanying evidence filed pursuant to Local Rule 7.1, any further evidence and argument to be presented at or before the hearing, and all of the files, records, and proceedings herein. The grounds for the motion are stated with particularity in the opening memorandum of law.

| | |
|---|---|
| Dated: November 1, 2018 | **GREENE ESPEL PLLP** |

  *s/ Virginia R. McCalmont*
Caitlinrose H. Fisher, Reg. No. 0398358
Virginia R. McCalmont, Reg. No. 0399495
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
cfisher@greeneespel.com
vmccalmont@greeneespel.com
(612) 373-0830

Attorneys for Plaintiff