IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Aida Shyef Al-Kadi,<br><br>         Plaintiff,<br><br>v.<br><br>Ramsey County, et al.,<br><br>         Defendants. | Case No. 16-cv-2642 (JRT/TNL)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now Come the parties, by and through their respective attorneys, and stipulate to the dismissal of all Plaintiff's claims with prejudice and without fees and costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: November 13, 2019    **GREENE ESPEL PLLP**

                   s/ Caitlinrose Fisher
                   Caitlinrose H. Fisher, Reg. No. 0398358
                   Virginia R. McCalmont, Reg. No. 0399495
                   222 S. Ninth Street, Suite 2200
                   Minneapolis, MN  55402
                   cfisher@greeneespel.com
                   vmccalmont@greeneespel.com
                   (612) 373-0830

                   Attorneys for Plaintiff

**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

 s/ Robert B. Roche
Kimberly Parker, Reg. No. 0296685
Robert Roche, Reg. No. 0289589
Assistant Ramsey County Attorney
121 Seventh Place East, Suite 4500
Saint Paul, MN 55101
Telephone: 651-266-3230
Facsimile: 651-266-3032
kimberly.parker@co.ramsey.mn.us
robert.roche@co.ramsey.mn.us

Attorneys for Defendants