# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| AIDA SHYEF AL-KADI,<br><br>Plaintiff,<br><br>v.<br><br>RAMSEY COUNTY, et al,<br><br>Defendants. | Civil No. 16-2642 (JRT/TNL)<br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

Caitlinrose H. Fisher, **GREENE ESPEL PLLP,** 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402, for plaintiff.

Robert B Roche, **RAMSEY COUNTY ATTORNEY'S OFFICE,** Civil Division, 121 Seventh Place East, Suite 4500, St. Paul, MN 55101, for defendants.

The parties filed a Stipulation for Dismissal on November 13, 2019 (Docket No. 116). Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** without costs, disbursements, and fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 25, 2019            ___s/John R. Tunheim_____
at Minneapolis, Minnesota            JOHN R. TUNHEIM
                                                   Chief Judge
                                     United States District Court