# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Aida Shyef Al-Kadi, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 16-cv-2642 JRT/TNL |
| Ramsey County, Officer Jessica Walker, Officer Rita Baskfield, Sergeant Lugene Werner, Officer Allison Schaber, Officer Dan Frerichs, Ramsey County Sheriff's Office, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** without costs, disbursements, and fees to any party.

Date: 11/26/2019

KATE M. FOGARTY, CLERK

s/Cara Kreuziger
(By)   Cara Kreuziger, Deputy Clerk